UST-31, 3-03

DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| ROGERS, JILL L. | ) | CASE NO. 09-20937-PHX-GBN |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 02 | American Infosource LP for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $4.01 |
| 04 | Planet Beach Tanning<br>Nat'l Credit Investigative<br>1930 S Alma School #B107<br>Mesa, AZ 85210 | $.91 |
| 06 | Recovery Mgmt Systems Corp<br>For GE Money Bank dba Walmart<br>25 S 2nd Ave., Ste 1120<br>Miami, FL 33131 | $1.99 |

January 20, 2011          _____/s/_____
      DATE                        DIANE M. MANN, TRUSTEE